appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Petition of FLORENCE HEALEY to Prove the Last Will and Testament of CATHERINE SERVEIRA, Late of the County of Kings, Deceased.— Motions for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Judicial Settlement of the Accounts of CLINTON T. ROE and Another, as Executors, etc., of THOMAS LAWRENCE, Deceased.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Judicial Settlement of the Account of IDA ULLRICH, as Administratrix, etc., of ROBERT M. ULLRICH, Deceased.— Motion to resettle order granted by providing that the costs of this appeal be allowed against the appellant personally. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ. Settle order on notice.

MARTINA R. KELLY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

HARRY LAGERWALL and Another, Respondents, v. HARRY KINGSBURY and Another, Appellants.— Motion to compel acceptance of notice of appeal granted. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ. Settle order on notice.

MORRIS LEVINE, Appellant, v. LEO SCHUMER, Respondent.— Motion to dismiss appeal granted for failure to comply with rule 12.* Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

CHARLES E. LORD, Appellant, v. J. E. LUDWIG & COMPANY, INC., and Others, Respondents.— Motion for reargument denied, without costs. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

CHARLES F. MANN, Respondent, v. LAMAR L. FLEMING, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

CHARLES MANN, an Infant, by CHARLES F. MANN, His Guardian ad Litem, Respondent, v. LAMAR L. FLEMING, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

JOHN L. MILLER, JR., Appellant, v. SELMA K. JOSEPHS and Others, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

JOHN L. MILLER, JR., Appellant, v. SELMA K. JOSEPHS and Others, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term this case is set down) and be

* App. Div. Rules, 2d Dept., rule 12.— [REP.